IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INSLEY EVANS, SR.,

      Plaintiff,

v.                                                   No. 1:25-cv-01016-JCH-JHR

STATE OF NEW MEXICO,
CONSUELO ULIBARRI and
DAVID COOK,

      Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

*Pro se* Plaintiff, who is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, filed his Complaint using the form "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983." Doc. 1, filed October 15, 2025 ("Complaint"). Where the form Complaint prompts plaintiffs to provide facts supporting their claims, Plaintiff wrote "See Attached Exhibits." There are no exhibits attached to the Complaint.

United States Magistrate Judge Jerry H. Ritter notified Plaintiff that: (i) the Complaint fails to state a claim upon which relief can be granted because there are no factual allegations describing what each Defendant did to Plaintiff; and (ii) it does not appear that the Court has jurisdiction over Plaintiff's claims against the State of New Mexico based on Eleventh Amendment sovereign immunity. *See* Order to Show Cause at 3, Doc. 6, filed October 16, 2025. Judge Ritter ordered Plaintiff to show cause why the Court should not dismiss this case and to file an amended complaint and notified Plaintiff that failure to timely show cause and file an amended complaint may result in dismissal of this case. *See* Order to Show Cause at 7. Plaintiff did not show cause, file an

amended complaint or otherwise respond to the Order to Show Cause by the November 6, 2025, deadline.

The Court dismisses this case without prejudice because the Complaint fails to state a claim upon which relief can be granted and because Plaintiff failed to comply with Judge Ritter's Order to show cause why the Court should not dismiss this case and to file an amended complaint. *See* 28 U.S.C. § 1915(e)(2) ("the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted"); Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
SENIOR UNITED STATES DISTRICT JUDGE